UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 18-0292 (PLF) |
| KEVIN DONOHOE, | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

This matter is before the Court on the Report and Recommendation [Dkt. No. 66] of Magistrate Judge Zia Faruqui. The Probation Office filed a petition on June 21, 2024 ("Probation Petition") [Dkt. No. 53] alleging that defendant Kevin Donohoe had violated seven separate conditions of his supervised release since his supervision began in 2021, ranging from failures to report to a probation officer to positive drug tests. See Probation Petition at 2-3. On June 24, 2024, the undersigned issued an arrest warrant for Mr. Donohoe and on August 7, 2024, he appeared before Judge Faruqui for a return of arrest warrant and detention hearing. At the conclusion of that hearing, Judge Faruqui detained Mr. Donohoe while the parties explored the possibility of releasing Mr. Donohoe to a drug treatment facility. Judge Faruqui held another hearing on August 12, 2024, during which the parties jointly requested a transfer from detention to a drug treatment facility. Judge Faruqui then ordered Mr. Donohoe's release to the approved facility. See August 13, 2024 Order of the Court [Dkt. No. 57].

On August 22, 2024, the Probation Office filed a petition updating its June 21, 2024 petition to add an additional violation to those listed, an arrest for possession of a

controlled substance on July 30, 2024. See August 22, 2024 Probation Petition [Dkt. No. 58]. On August 27, 2024, the undersigned referred the pending petitions to Judge Faruqui for the preparation of a report and recommendation. See Minute Order of August 27, 2024. Judge Faruqui subsequently held three reentry progress hearings with Mr. Donohoe on August 28, September 12, and September 24, 2024. Mr. Donohoe failed to appear at a fourth hearing scheduled for October 16, 2024 and Judge Faruqui issued an arrest warrant. On January 9, 2026, Mr. Donohoe self-surrendered and appeared before Judge Faruqui, admitting to the violations of his supervised release conditions and explaining his housing and employment difficulties. Judge Faruqui then filed his Report and Recommendation [Dkt. No. 66].

For the detailed reasons explained in his Report and Recommendation – including the facts that Mr. Donohoe's supervised release was scheduled to expire in May 2025, that he has committed no further offenses since July 2024, and that he does not appear to be a danger to the community – Judge Faruqui agreed with the joint recommendation of the parties and the Probation Office that no further period of supervision is required. No objection to his Report and Recommendation having been filed and neither party having requested a hearing, it is hereby

ORDERED that the Court ADOPTS and APPROVES Judge Faruqui's Report and Recommendation [Dkt. No. 66]; and it is

FURTHER ORDERED that the Court makes the following findings as recommended by Judge Faruqui: (1) Mr. Donohoe violated his conditions of supervised release; (2) for those violations he is sentenced to a period of time served; and (3) no further period of supervision is required.

SO ORDERED.

DATE: 3 | 18 | 26

PAUL L. FRIEDMAN
United States District Judge

3